No. 846. HARRY T. GRAHAM, INDIVIDUALLY, ETC., *v.* ALFRED I. DUPONT. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Wm. A. Glasgow, Jr.,* and *Mr. Henry P. Brown* for respondent.

No. 731. SPERRY OIL & GAS COMPANY ET AL. *v.* PEARL CHISHOLM ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. March 5, 1923. Petition for a writ of certiorari herein granted. *Mr. Preston C. West* and *Mr. Alvin Richards,* for appellants, in support of the petition. *Mr. J. Howard Langley* for appellees.

No. 827. EDWARD A. THURSTON, SOLE SURVIVING TRUSTEE, ETC., *v.* BENJAMIN BROWN ET AL. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. William R. Sears* for petitioner. No appearance for respondents.

No. 835. JOSEPH PHIPPS ET AL. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. John G. Parkinson* for petitioners. *Mr. W. F. Dickinson, Mr. John E. Dolman* and *Mr. M. L. Bell* for respondent.

No. 855. COMMISSIONER OF IMMIGRATION OF THE PORT OF NEW YORK *v.* GITTEL GOTTLIEB ET AL. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for petitioner. *Mr. Joseph G. M.*